# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

IN RE:  §
        §  **CASE NO. 18-42137-DRD13**
ALAN CARY SMITH §
    DEBTOR  §

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SERVIS ONE INC., DBA BSI FINANCIAL SERVICES** | **CORNERSTONE HOME LENDING, INC.** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**BSI Financial Services**
**1425 Greenway Drive, #400**
**Irving, Texas 75038**

Court Claim # (if known): 8-1
Amount of Claim: $226,325.27
Date Claim Filed    10/22/2018

Phone: **(814)827-4661**
Last Four Digits of Acct #: **xxxxxx3890**

Phone: (609) 833-3900
Last Four Digits of Acct.#: 3890

Name and Address where transferee payments should be sent (if different from above):

BSI Financial Services
314 Franklin Street
P.O. Box 517
Titusville, PA 16354
Attn: Payment Processing Department

Phone: **(814)827-4661**
Last Four Digits of Acct #: **xxxxxx3890**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Natalie E. Lea          Date:    02/28/2020
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before February 28, 2020 ia electronic notice unless otherwise stated:

**Debtor**         *Via U.S. Mail*
Alan Cary Smith
25524 S Muriel Ln
Cleveland, MO 64734-9320

**Debtors' Attorney**
Vanessa C. Hayden
Attorney At Law
214 W. Walnut, P.O. Box 483
Raymore, MO  64083

**Chapter 13 Trustee**
Richard Fink
Suite 1200, 2345 Grand Blvd.
Kansas City, Missouri 64108-2663

                                                                                            Respectfully Submitted,

                                                                                            /s/ Natalie E. Lea
                                                                                            Natalie E. Lea