**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Alan Cary Smith |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Western District of Missouri |
| Case number | 18-42137-drd13 |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Servis One Inc., dba BSI Financial Services

**Court claim no.** (if known): 8-1

**Last 4 digits** of any number you use to identify the debtor's account: 3 8 9 0

**Date of payment change:**
Must be at least 21 days after date of this notice: 05/01/2021

**New total payment:** $ 1,563.25
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 459.19    New escrow payment: $ 417.03

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1                Notice of Mortgage Payment Change                page 1

| Debtor 1 | Alan Cary Smith | Case number (if known) 18-42137-drd13 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❑ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ D. Anthony Sottile
Signature

Date 04/09/2021

Print: **D. Anthony Sottile**
First Name   Middle Name   Last Name

Title **Authorized Agent for Creditor**

Company **Sottile & Barile, LLC**

Address **394 Wards Corner Road, Suite 180**
Number   Street

**Loveland**   **OH**   **45140**
City   State   ZIP Code

Contact phone **513-444-4100**

Email **bankruptcy@sottileandbarile.com**

Official Form 410S1    Notice of Mortgage Payment Change    page **2**



BSI Services

314 S Franklin St / Second Floor
PO Box 517
Titusville PA 16354
800-327-7861
814-260-4159 Fax
www.bsifinancial.com

```
ALAN CARY SMITH                                    YOUR LOAN NUMBER:
25524 S. MURIEL LANE
CLEVELAND          MO 64734

                                                   DATE: 04/07/21


        *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - CORRECTION ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING    05/21 THROUGH    04/22.
------- ANTICIPATED PAYMENTS FROM ESCROW -   05/21 THROUGH    04/22 -------
           HOMEOWNERS INS                    2529.69
           COUNTY TAX                        1802.80

           TOTAL PAYMENTS FROM ESCROW        4332.49

           MONTHLY PAYMENT TO ESCROW          361.04 (1/12TH OF ABOVE TOTAL)

------- ANTICIPATED ESCROW ACTIVITY -   05/21 THROUGH    04/22--------
       -ANTICIPATED PAYMENTS-              -- ESCROW BALANCE COMPARISON --
MONTH  TO ESCROW  FROM ESCROW   DESCRIPTION    ANTICIPATED       REQUIRED
                     ACTUAL STARTING BALANCE      -260.84        1083.13
MAY 21   361.04                                    100.20        1444.17
JUN 21   361.04                                    461.24        1805.21
JUL 21   361.04                                    822.28        2166.25
AUG 21   361.04                                   1183.32        2527.29
SEP 21   361.04                                   1544.36        2888.33
OCT 21   361.04                                   1905.40        3249.37
NOV 21   361.04                                   2266.44        3610.41
DEC 21   361.04    1802.80    COUNTY TAX           824.68        2168.65
JAN 22   361.04                                   1185.72        2529.69
FEB 22   361.04                                   1546.76        2890.73
MAR 22   361.04    2529.69    HOMEOWNERS I ALP    -621.89   RLP   722.08
APR 22   361.04                                   -260.85        1083.12

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS    -1343.97.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS         0.00.
```

```
------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT -------------------
            PRINCIPAL & INTEREST                               1146.22
            ESCROW (1/12TH OF ANNUAL ANTICIPATED                361.04
                DISBURSEMENTS AS COMPUTED ABOVE)
            PLUS: OPTIONAL INSURANCE PREMIUMS                     0.00
            PLUS: REPLACEMENT RESERVE OR FHA SVC CHG              0.00
            PLUS: SHORTAGE PAYMENT                               55.99
            MINUS: SURPLUS CREDIT                                 0.00
            ROUNDING ADJUSTMENT                                   0.00
            MINUS: BUYDOWN/ASSISTANCE PAYMENTS                    0.00

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 05/01/21    1563.25
```

NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS      722.08. YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS      722.08.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT TO OR DISBURSEMENT FROM ESCROW):

```
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
04/21      459.19       00/00       0.00        00/00      0.00
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00      0.00                     00/00       0.00
00/00      0.00                     00/00       0.00
```

Licensed as Servis One, Inc. dba BSI Financial Services.

BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI
# KANSAS CITY DIVISION

| | |
|---|---|
| In Re: | Case No. 18-42137-drd13 |
| Alan Cary Smith | Chapter 13 |
| Debtor. | Judge Dennis R. Dow |

## CERTIFICATE OF SERVICE

I certify that on April 9, 2021, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Vanessa C. Hayden, Debtor's Counsel
    bankruptcy.hayden@gmail.com

    Richard Fink, Chapter 13 Trustee
    ecfincdocs@wdmo13.com

    Office of the United States Trustee
    (registeredaddress)@usdoj.gov

I further certify that on April 9, 2021, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Alan Cary Smith, Debtor
    25524 S Muriel Ln
    Cleveland, MO 64734-9320

| | |
|---|---|
| Dated: April 9, 2021 | /s/ D. Anthony Sottile |
| | D. Anthony Sottile |
| | Authorized Agent for Creditor |
| | Sottile & Barile, LLC |
| | 394 Wards Corner Road, Suite 180 |
| | Loveland, OH 45140 |
| | Phone: 513.444.4100 |
| | Email: bankruptcy@sottileandbarile.com |